It's very common in a lot of religious groups. They're very creative, and they provide the use of visual elements, visual forms, and they're very primitive. And it's very important to change the basis on which this record or even some of the archaeology that describes it. Even in the historical age, when we follow the logic of sources of wisdom, and there's a whole bunch of points that change on it, and where there are a series of regions in the same territory, and we assume those regions are outside of the section of communications area. The regions that are within the communications area are the ones that are in the network. It's recorded, I believe, but that wasn't correct. We have side-tests. It's recorded. We'll have to change it. We'll have to swap some regions. We'll have to change some regions. I was wondering where you see yourself going as a speaker. I know you've been around a long time. I just thought that you talked about the spiritual aspect of it. It's very important. One of the reasons I was afraid to do that is because it was what there is. You need a lot of understanding and wisdom to be able to do things. First of all, is that right? Yes, it is. It's hard. But that's what we do. This is an opportunity to talk about it. I think we're getting ready for it. I don't want to set the torch on it. What did we do? We were able to get a lot of support. We just didn't do it. We didn't just record and send it. We've seen a lot of what's recorded and sent. It's the decision-making part, which is not the decision-making. It's the decision-making. It's all the decision-making. It's the quality. It's the standard. It's the standard separation. This report says that it's recommended to properly consider the problem and the real interest of the situation. The trial court, because I know you've had trial cases for a certain number of months, the reality is that the trial court is not a highly powerful facility. It's not a law firm. You don't have to be involved in the trials. It is a rechecked cost-benefit situation. Is it true? Because, as far as I understand your argument, this report says that it's based on my version of the problem. I'm not saying that you're right. So I have two points here. One is, for example, we think that the cost-benefit situation is actually required, and this was used in the past, to always find those problems that we should focus on. So I think the cost-benefit situation is a reality here. It's also important to be clear that the issue that you're talking about is that the trial court is not a benefit. It applies to all. I mean, it applies to the individuals who are in the trial court. So it's hard for me to describe it for science, I think, because the law firm actually develops the knowledge,  and the issue is that it's an absolute judgment. So, of course, that doesn't mean that we're going to look on the board and say, gee, there's this whole order. We're supposed to be looking to the class. But it's actually important to know what this means. It's going to be interesting as to what's going to be involved in the trial court. It's going to be a discussion of the following. The decision is going to be a decision that's going to work best for us. It's going to be a process that's going to work best for us. The trial court has a set of standards. It also says that there's one to every order. It's one year one. And every year there's a retained fee charge. And it's a sentence that the business class is given the same time every six weeks. And every year is the deadline for the next year. And there's a different set of rules for each. Okay. Thank you.  Thank you. Okay. Okay. Okay. Okay. Okay.  Okay.   Thank you. Thank you.  Thank you. Thanks. Thanks. We have some questions. We have a speaker in the room.
judges: Reinhardt, Thomas, Silverman, McKeown, Paez, Clifton, Bea, M. Smith, Nguyen, Watford, Friedland